**UNITED STATES DISTRICT COURT**          **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | NO. 1:25-CR-40 |
| | § | |
| | § | |
| JUAN ARTURO MENDOZA, | § | |
| | § | |
| Defendant. | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

Before the court is a report and recommendation of the United States magistrate judge regarding the Defendant's competency for trial. The parties verbally waived their right to file objections to the magistrate judge's recommendation that the Defendant is competent to proceed. Having conducted an independent review, the court concludes that the Defendant is competent to stand trial because he is able to understand the nature and consequences of the proceedings against him And is able to assist his attorney in his defense. It is therefore

**ORDERED** that the report and recommendation of the United States magistrate judge on the Defendant's competency to stand trial is **ADOPTED**. The court finds that the Defendant, Juan Arturo Mendoza, is competent. The speedy trial time shall be excluded from September 16, 2025 until the date of this order.

SIGNED at Beaumont, Texas, this 10th day of March, 2026.

_____

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE